**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN GILROY, | Case No.: 1:11-cv-01231 LJO JLT |
| Plaintiff, | ORDER ADOPTING THE FINDINGS AND RECOMMENDATION TO REMAND THE MATTER TO THE KERN COUNTY SUPERIOR COURT AND TO DISMISS THE MATTER |
| v. | |
| CITY OF BAKERSFIELD, JESS BEAGLEY, SHANE SHAFF, GILBERT RODRIGUEZ, and DOES 1 -100 inclusive, | (Doc. 17) |
| Defendants. | |

Nathan Gilroy ("Plaintiff") seeks a remand of the action to Kern County Superior Court. (Doc. 12). Defendants City of Bakersfield, Jess Beagley, Shane Shaff, and Gilbert Rodriguez opposed the motion to remand the action. (Doc. 14). On September 19, 2011, the Magistrate Judge recommended the plaintiff's motion to remand the matter to Kern County Superior Court be granted. (Doc. 17).

The Magistrate Judge found that the Court had subject mater jurisdiction at the time of removal, because a claim "arising under" federal law existed at the time of removal. (Doc. 17 at 5). However, the Magistrate Judge noted that Plaintiff's amended complaint removed all federal claims, and as such the Court has discretion to remand the remaining state law claims. Id. (citing Harrell v. 20th Century Ins. Co., 934 F.3d 203, 205 (9th Cir. 1991)). Therefore, the Magistrate Judge considered factors set forth by the Supreme Court to determine whether the Court should retain

1

jurisdiction, including "the values of judicial economy, convenience, fairness, and comity." Id. (*quoting* Carnegie- Melon Univ. v. Cohill, 484 U.S. 343, 350 (1988)). The Magistrate Judge concluded these factors weighed in favor of remand. Id. at 5-6.

Although the parties were granted fourteen days from September 19, 2011, or until October 3, 2011, to file objections to the Magistrate's Judges Findings and Recommendations, no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed September 19, 2011, are **ADOPTED IN FULL**;
2. The matter is **ORDERED** to be **REMANDED** to the Kern County Superior Court;
3. The Clerk of Court **IS DIRECTED** to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   October 7, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE